RAYMOND BURNASH, Appellant, v. WILLIAM DUNN et al., Respondents. EMPLOYERS MUTUAL LIABILITY INSURANCE COMPANY OF WISCONSIN, Appellant, v. WILLIAM DUNN et al., Respondents.—

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.